UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 5 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; SIERRA CLUB; CONSUMER FEDERATION OF AMERICA; TEXAS RATEPAYERS' ORGANIZATION TO SAVE ENERGY; PEOPLE OF THE STATE OF CALIFORNIA, by and through Attorney General Xavier Becerra; CALIFORNIA STATE ENERGY RESOURCES CONSERVATION AND DEVELOPMENT COMMISSION; STATE OF MARYLAND; STATE OF WASHINGTON; STATE OF MAINE; COMMONWEALTH OF MASSACHUSETTS; STATE OF VERMONT; STATE OF CONNECTICUT; COMMONWEALTH OF PENNSYLVANIA; DISTRICT OF COLUMBIA; STATE OF ILLINOIS; STATE OF NEW YORK; STATE OF OREGON; CITY OF NEW YORK; STATE OF MINNESOTA, <br><br>          Plaintiffs-Appellees, <br><br>  v. <br><br> JAMES R. PERRY, in his official capacity as Secretary of Energy; U.S. DEPARTMENT OF ENERGY, <br><br>          Defendants-Appellants, <br><br> and <br><br> AIR-CONDITIONING, HEATING, & | No.   18-15380 <br><br> D.C. Nos.   3:17-cv-03404-VC <br>                    3:17-cv-03406-VC <br> Northern District of California, San Francisco <br><br> ORDER |

| | |
|---|---|
| REFRIGERATION INSTITUTE,<br><br>        Intervenor-Defendant. | |
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; SIERRA CLUB; CONSUMER FEDERATION OF AMERICA; TEXAS RATEPAYERS' ORGANIZATION TO SAVE ENERGY; PEOPLE OF THE STATE OF CALIFORNIA, by and through Attorney General Xavier Becerra; CALIFORNIA STATE ENERGY RESOURCES CONSERVATION AND DEVELOPMENT COMMISSION; STATE OF MARYLAND; STATE OF WASHINGTON; STATE OF MAINE; COMMONWEALTH OF MASSACHUSETTS; STATE OF VERMONT; STATE OF CONNECTICUT; COMMONWEALTH OF PENNSYLVANIA; DISTRICT OF COLUMBIA; STATE OF ILLINOIS; STATE OF NEW YORK; STATE OF OREGON; CITY OF NEW YORK; STATE OF MINNESOTA,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>JAMES R. PERRY, in his official capacity as Secretary of Energy; U.S. DEPARTMENT OF ENERGY,<br><br>        Defendants,<br><br> and | No.   18-15475<br><br>D.C. Nos.   3:17-cv-03404-VC<br>                  3:17-cv-03406-VC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

AIR-CONDITIONING, HEATING, & REFRIGERATION INSTITUTE,

    Intervenor-Defendant-Appellant.

Before: SCHROEDER and WATFORD, Circuit Judges, and EZRA,[*] District Judge.

    Appellees' unopposed, December 4, 2019, motion to transfer consideration of attorney's fees on appeal to the district court is GRANTED. *See* 9th Cir. R. 39-1.8.

---

[*] The Honorable David A. Ezra, United States District Judge for the District of Hawaii, sitting by designation.